ACCEPTED
03-15-00724-CV
8315432
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 8:58:06 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00724-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 8:58:06 AM
JEFFREY D. KYLE
Clerk

_____

LOWER COLORADO RIVER AUTHORITY,

Appellant,

v.

BURNET CENTRAL APPRAISAL DISTRICT

Appellee.

_____

APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND
TIME TO FILE BRIEF

_____

James N. Rader
State Bar No. 16452570
James.rader@lcra.org
Lower Colorado River Authority
P.O. Box 220
Austin, Texas 78767
(512) 578-3559

Joseph R. Knight
State Bar No. 11601275
jknight@knighttxlaw.com
Law Office of Joseph R. Knight
111 Congress Ave, Suite 2800
Austin, TX 78701
(512) 770-4010

**ATTORNEYS FOR APPELLANT**

Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellant Lower Colorado River Authority ("LCRA") files this Unopposed First Motion for Extension of Time to File Appellant's Brief and shows the following:

This is an appeal from a judgment rendered on October 15, 2015. The reporter's record was filed on December 2, 2015, and the clerk's record was filed on December 3, 2015. LCRA's Appellant's Brief is currently due on January 5, 2016.

LCRA seeks a 30 day extension, making its brief due on February 4, 2016. This is LCRA's first motion for extension of time to file the brief. The reasons for this request are set forth below.

First, the undersigned counsel was retained for this appeal and requires additional time to become fully familiar with the record of the proceedings below.

Second, the undersigned was lead counsel for an evidentiary hearing on December 9-10 in the cause styled *Wallace L. Hall, Jr. v. William H. McRaven*, Cause No. D-1-GN-15-002473, which is now pending in this Court (03-15-00783-CV). The preparation for, and presentation of this matter prevented him from working on LCRA's brief for nearly two weeks.

Finally, the preparation period resulting from the early December filing of the record includes the year-end holidays. Counsel for LCRA have long-

standing family travel plans that will make it difficult to complete the brief by early January.

LCRA seeks an extension in this case not for purposes of delay, but solely so that its counsel may have adequate time to review the record and prepare a brief that will assist the Court in deciding the matter.

Appellee does not oppose this request.

For these reasons, LCRA respectfully requests that the Court grant an extension of 30 days to file its Appellant's Brief, through and until February 4, 2016. LCRA also requests such further relief to which it may be justly entitled.

Respectfully submitted,

_Joe Knight_

_____

Joseph R. Knight
jknight@jknighttxlaw.com
State Bar No. 11601275
Law Office of Joseph R. Knight
111 Congress Ave., Suite 2800
Austin, Texas 78701
(512) 770-4010

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 18, 2015, I consulted with counsel for Appellee, Kirk Swinney, who indicated that Appellee does not oppose the relief sought in this motion.

_Joe Knight_

_____

Joseph R. Knight

**CERTIFICATE OF SERVICE**

Pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing Appellants' Unopposed First Motion to Extend Time to File Brief has been served upon the following counsel for Appellee by electronic mail and through the Court's electronic filing system on this 21st day of December 2015:

Kirk Swinney
Ryan L. James
Yessika Monagas
MCCREARY, VESELKA, BRAGG, & ALLEN, PC
700 Jeffrey Way, Suite 100
Round Rock, Texas 78665

_____
Joseph R. Knight